**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 118106
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Tyisha N. Robinson, individually and on behalf of all
others similarly situated,

Docket No: 2:19-cv-17913-KM-ESK

Plaintiff,

-against-

Radius Global Solutions, LLC,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent

the above-captioned action is voluntarily dismissed with prejudice.

Dated: November 25, 2019

**BARSHAY SANDERS, PLLC**

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 118106
*Attorneys for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: NOV- 26, 209